Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff Star Fabrics, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DILLARD'S, INC., a Delaware corporation; OFFLINE, INC., a California corporation; MODE PLUS, a California business entity of form unknown; JERELL CLOTHING COMPANY, LLC, a Texas limited liability company, individually and doing business as "Multiples"; TRAC FASHION, a California business entity of form unknown; and DOES 1 through 10,<br><br>Defendants. | Case No.: CV12-9860 PSG (PLAx)<br><u>Honorable Philip S. Gutierrez Presiding</u><br><br>**NOTICE OF DISMISSAL OF DEFENDANT OFFLINE, INC., A CALIFORNIA CORPORATION AND ALL CLAIMS REGARDING PLAINTIFF STAR FABRICS, INC.'S DESIGN NO. 61469** |

///

///

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Star Fabrics, Inc. ("Star") hereby files the following dismissal as to Defendant Offline, Inc. ("Offline") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Furthermore, Plaintiff hereby dismisses all of its claims regarding Design No. 61469 in operative Complaint.

DONIGER/BURROUGHS APC

Dated: January 3, 2012          By:     <u>Stephen M. Doniger</u>
                                        Stephen M. Doniger, Esq.
                                        Attorneys for Plaintiff Star Fabrics, Inc.