**VEATCH CARLSON, LLP**
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
700 SOUTH FLOWER STREET, 22nd FLOOR
LOS ANGELES, CALIFORNIA 90017-4209
TELEPHONE (213) 381-2861
FACSIMILE (213) 383-6370

(SPACE BELOW FOR FILING STAMP ONLY)

**KEITH G. WILEMAN**, State Bar No. 111225
Attorneys for Defendant **JERELL CLOTHING COMPANY d/b/a "MULTIPLES"**

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DILLARDS, INC., a Delaware corporation; OFFLINE, INC., a California corporation; MODE PLUS, a California business entity of form unknown; JERELL CLOTHING COMPANY, LLC, a Texas LLC, et al. <br><br> Defendants. | CASE NO. 2:12-CV-9860 PSG (PLA) <br> Honorable Phillip S. Gutierrez <br><br> **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS JERELL CLOTHING COMPANY, LLC d/b/a "MULTIPLES," AND DILLARD'S, INC.** |

TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Star Fabrics, Inc., on the one hand, and Defendants Jerell Clothing Company, LLC, individually and d/b/a "Multiples," ("Jerell") and Dillards, Inc. ("Dillards"), on the other hand, have settled this matter in its entirety, and therefore respectfully hereby jointly move the Court for an Order dismissing Jerell and Dillard's from this action with prejudice, with all three of these parties to bear their own costs and attorneys' fees in this action.

IT IS SO STIPULATED.

///

///

| | | |
|---|---|---|
| 1 | DATED: June 9, 2013 | VEATCH CARLSON, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | KEITH G. WILEMAN<br>Attorneys for Defendant |
| 5 | | JERELL CLOTHING<br>COMPANY d/b/a "MULTIPLES" |
| 6 | DATED: June 9, 2013 | DONIGER / BURROUGHS, APC |
| 7 | | |
| 8 | | /s/ Stephen M. Doniger |
| | | By: _____ |
| 9 | | STEPHEN M. DONIGER<br>Attorneys for Plaintiff |
| 10 | | STAR FABRICS, INC. |
| 11 | DATED: June 9, 2013 | STETINA BRUNDA GARRED &<br>BRUCKER |
| 12 | | |
| 13 | | /s/ Bruce Blaise Brunda |
| | | By: _____ |
| 14 | | BRUCE BLAISE BRUNDA<br>Attorneys for Defendant |
| 15 | | DILLARD'S, INC. |

23  C:\Users\Keith\Documents\STAR FABRICS V. DILLARDS - STIPULATED MOTION TO DISMISS.wpd

- 2 -
STIPULATED MOTION TO DISMISS JERELL AND DILLARD'S WITH PREJUDICE