Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DILLARD'S, INC., a Delaware corporation; OFFLINE, INC., a California corporation; MODE PLUS, a California business entity of form unknown; JERELL CLOTHING COMPANY, LLC, a Texas limited liability company, individually and doing business as "Multiples"; TRAC FASHION, a California business entity of form unknown; and DOES 1 through 10, <br><br> Defendants. | Case No.: CV12-09860 PSG (PLAx) <br> <u>*Honorable Philip S. Gutierrez Presiding*</u> <br><br> **STIPULATION TO DISMISS ACTION** <br><br> *[[Proposed] Order Filed Concurrently Herewith]* |

WHEREAS, the parties to this action have reached a settlement and

- 1 -

STIPULATION TO DISMISS ACTION

executed a written settlement agreement that fully and finally resolves the claims at issue in this Action;

IT IS STIPULATED that:

1. This action is dismissed with prejudice;

2. This Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal; and

3. The parties to this stipulation will each bear their own costs and attorneys' fees as incurred against one another in this action.

SO STIPULATED.

Dated: August 14, 2013        DONIGER / BURROUGHS

                                                By: /s/ Stephen M. Doniger
                                                    Stephen M. Doniger, Esq.
                                                    Attorneys for Plaintiff Star Fabrics, Inc.

Dated: August 14, 2013        LAW OFFICES OF S. CALVIN MYUNG

                                                  By: /s/ S. Calvin Myung
                                                  S. Calvin Myung, Esq.
                                                  Attorneys for Defendant Trac Fashion

STIPULATION TO DISMISS ACTION